UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIA M. BRATTON,

                 Plaintiff,

   -against-

NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, CAPITAL BRANDS DISTRIBUTION, LLC, HOMELAND HOUSEWARES, LLC, CALL TO ACTION, LLC, NUTRILIVING, LLC, AMAZON.COM SERVICES, LLC

                 Defendants.
-----------------------------------------------------------X

Civil Action No.: 1:21-cv-00797

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 50.1(c) of the Local Rules of the United States District Court for the Western District of New York, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for the defendants, NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, CAPITAL BRANDS DISTRIBUTION, LLC, HOMELAND HOUSEWARES, LLC, CALL TO ACTION, LLC, and NUTRILIVING, LLC, certifies to the following:

      1.    NutriBullet, LLC is wholly owned by Capital Brands, LLC. No publicly held corporation owns 10% or more of its stock.

      2.    Capital Brands, LLC is wholly owned by Capital Brands Holdings, Inc. No publicly held corporation owns 10% or more of its stock.

      3.    Capital Brands Distribution, LLC is wholly owned by Capital Brands Holdings, Inc. No publicly held corporation owns 10% or more of its stock.

      4.    Homeland Housewares, LLC is wholly owned by Capital Brands, LLC. No publicly held corporation owns 10% or more of its stock.

5. No publicly held corporation owns 10% or more of the stock of Call to Action, LLC. We are working to determine whether there is any parent corporation of Call to Action, LLC.

6. NutriLiving, LLC is a wholly owned subsidiary of Capital Brands, LLC. No publicly held corporation owns 10% or more of its stock.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
July 28, 2021

/s/ Scott Haworth
Scott Haworth (SH-5890)
HAWORTH BARBER & GERSTMAN, LLC
80 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 952-1100
Facsimile: (212) 952-1110
Scott.Haworth@hbandglaw.com
Attorneys for Defendants
NUTRIBULLET, LLC, CAPITAL BRANDS, LLC,
CAPITAL BRANDS DISTRIBUTION, LLC,
HOMELAND HOUSEWARES, LLC, CALL TO
ACTION, LLC, and NUTRILIVING, LLC

TO: *via ECF*

Michael Iacono, Esq.
John J. Fromen, Attorneys at Law, P.C.
4367 Harlem Road
Snyder, New York 14226
Telephone: (716) 855-1222
jjfjr@fromenlaw.com
Attorneys for Plaintiff
Nia M. Bratton

Andrew W. Schwartz, Esq.
David B. Newman, Esq.
Beth S. Rose, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
aschwartz@sillscummis.com
dnewman@sillscummis.com
brose@sillscummis.com
Attorneys for Defendant
Amazon.com Services, LLC