

80 Broad St. 24th Floor, New York, NY 10004
Phone: 212.952.1100  Fax: 212.952.1110
*www.hbandglaw.com*

*Scott Haworth*
*Managing Partner*
*Direct: 212.952.1101*
scott.haworth@hbandglaw.com

October 11, 2021

*Via ECF*

Hon. Jeremiah J. McCarthy, U.S.M.J.
United States District Court
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**Re:**   *Bratton v Nutribullet, LLC, et al.*
Civil Action No.: 1:21-cv-00797
Our File No.: 348-2109

Dear Judge McCarthy,

We represent defendants NutriBullet, LLC, Capital Brands, LLC, Capital Brands Distribution, LLC, Homeland Housewares, LLC, Call to Action, LLC and NutriLiving, LLC. We write with reference to your Honor's Text order dated September 28, 2021 requiring submission of a "statement identifying the citizenship of Lenny and Corrine Sands."

Attached hereto as Exhibit "A" is the driver's license of Lenny Sands. Attached hereto as Exhibit "B" is the driver's license for Corrine Sands. As your Honor can see, both licenses were issued by the State of California and reflect an address of 321 St. Pierre Road, Los Angeles, California, 90077. I have been advised by my client that this reflects the permanent address for Mr. and Mrs. Sands. As such, we respectfully submit that Mr. and Mrs. Sands are domiciled in and citizens of the State of California.

Should the Court require any further information, we will be glad to provide it.

Thank you for your Honor's attention to this matter.

Respectfully submitted,

/s/ Scott Haworth
Scott Haworth (SH–5890)
Haworth Barber & Gerstman, LLC

Enclosures

Cc:  *All counsel of record via ECF*